# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **TAYLOR LISLE** and **JAYMEY HENRY**, | ) CASE NO. 2:18-CV-00276 |
| Plaintiffs, | ) JUDGE:  GEORGE C. SMITH |
| v. | ) |
| **SOUTHERN OHIO DISPOSAL, LLC,** | ) **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| Defendant. | ) |

Plaintiffs, Taylor Lisle and Jaymey Henry, respectfully notify the Court they are dismissing this action, without prejudice, pursuant to Federal Rule Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

/s/ *Shannon M. Draher*
Shannon M. Draher (0074304)
Hans A. Nilges (0076017)
7266 Portage St. NW
Suite D
Massillon, Ohio 44646
Telephone: (330) 470-4428
Fax: (330) 754-1430
Email: hans@ohlaborlaw.com
sdraher@ohlaborlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 11th day of April 2018 the foregoing *Notice of Dismissal Without Prejudice* was sent to Southern Ohio Disposal LLC, c/o Brandon A. Ogg, 482 Zanesville Ave., Logan, Ohio 43138.

                                               */s/ Shannon M. Draher*
                                               Shannon M. Draher

                                               *Attorney for Plaintiffs*